JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.U., by and through her Guardian Ad Litem, KIMBERLY UCCELLO; and KATIE UCCELLO,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FIVE UNKNOWN NAMED DEPUTY MARSHALS OF THE U.S. MARSHALS SERVICE; UNITED STATES OF AMERICA, and DOES 1 to 10, inclusive,<br><br>　　　Defendants. | Case No. 5:20-cv-02127-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Dismissing Case without Prejudice" filed substantially contemporaneously herewith, and in accordance with Rules 37, 41, and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants Five Unknown Named Deputy Marshals of the U.S. Marshals Service were previously **DISMISSED** on or about August 3, 2022.

3. Fictitiously named Defendants Does 1 to 10, inclusive, are **DISMISSED**.

4. This action is **DISMISSED without prejudice**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 19, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE